

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2019

No. 04-19-00064-CV

**IN RE** Sandra Ann **ZARATE**

Original Mandamus Proceeding[1]

**ORDER**

On January 31, 2019, relator filed a petition for writ of mandamus and the real party in interest responded. After reviewing the petition and response, we conclude relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Amado J. Abascal, III is ORDERED to vacate his June 4, 2018 Order of Contempt within fifteen days from the date of this order. The writ will issue only if we are notified that Judge Abascal has not complied within fifteen days from the date of this order.

It is so **ORDERED** on March 13, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 04-10-20415-MCVAJA, styled *In the Matter of the Marriage of Sandra Ann Zarate and Sergio Rene Zarate*, pending in the 365th Judicial District Court, Maverick County, Texas, the Honorable Amado J. Abascal, III presiding.